**Ramon CERVANTES–GARIVAY, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72692.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 23, 2012.

Charles Medina, Law Office of Charles Medina, Buena Park, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Oil, Corey Leigh Farrell, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before LEAVY, PAEZ, and BEA, Circuit Judges.

## MEMORANDUM [**]

Ramon Cervantes–Garivay, a native and citizen of Mexico, petitions for review of the Department of Homeland Security's order reinstating his 1999 removal order under 8 U.S.C. § 1231(a)(5). We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Garcia de Rincon v. Dep't of Homeland Sec.*, 539 F.3d 1133, 1136 (9th Cir.2008), and we deny the petition for review.

Because Cervantes–Garivay has failed to demonstrate a gross miscarriage of justice in his prior removal proceedings, he may not collaterally attack his 1999 removal order in this petition for review. *See id.* at 1137–38 (a petitioner may not obtain collateral review of an underlying removal order unless he demonstrates "a gross miscarriage of justice" in the underlying proceedings).

**PETITION FOR REVIEW DENIED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).